UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID F. WHITEHEAD,

    Plaintiff,

                                          Case No. 18-CV-12588

v.

                                          HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT (Doc. 15), AND GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Doc. 16)

Plaintiff David F. Whitehead brought this action to challenge Defendant Commissioner of Social Security's denial of his application for social security disability benefits. The parties filed cross-motions for summary judgment which this court referred to Magistrate Judge R. Steven Whalen for a report and recommendation. On July 30, 2019, Magistrate Judge Whalen issued a report and recommendation proposing that the court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. No objections have been filed and the time period for doing so has expired.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Whalen's analysis and conclusions.

Therefore, IT IS ORDERED that Magistrate Judge Whalen's report and recommendation (Doc. 17) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (Doc. 15) is DENIED, Defendant's motion for summary judgment (Doc. 16) is GRANTED, and the ALJ's decision is AFFIRMED.

Dated: August 21, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 21, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk